KEYSTONE TYPE FOUNDRY, Respondent, *v.* THE CITY OF
NEW YORK, Appellant.

*Negligence — New York city — destruction of property from bursting
of water main.*

Keystone Type Foundry v. *City of New York*, 211 App. Div. 847,
affirmed.

(Argued April 9, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered December 27, 1924, affirming a judgment in favor
of plaintiff entered upon a verdict. The action was to
recover for loss of property through the breaking and
overflow of one of defendant's water mains at the north-
east corner of Lafayette and Howard streets in the
borough of Manhattan whereby the sidewalk and cellar
wall of plaintiff's premises were washed away and mer-
chandise stored in the cellar destroyed.

*George P. Nicholson,* Corporation Counsel (*John F.
O'Brien* and *Elliot S. Benedict* of counsel), for appellant.
*Howard R. Bayne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN,
CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.